UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                   :
UNITED STATES OF AMERICA,          :
                                                   :        25 Cr. 80 (LGS)
                    -against-                        :
                                                 :        <u>ORDER</u>
EDWIN MEDINA-GUARACHE,        :
                                Defendant.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that status conference currently scheduled for July 14, 2025, is adjourned to **September 8, 2025, at 10:30 a.m.**

Dated: July 10, 2025
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE