UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                                           :

UNITED STATES OF AMERICA,           :

                                                                           :          25 Cr. 80 (LGS)

                        -v-                        :

                                                       :          **ORDER**

EDWIN MEDINA-GUARACHE,            :

                                   Defendant.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, with EDWIN MEDINA-GUARACHE's consent, his guilty plea allocution was taken before Magistrate Judge Sarah L. Cave on September 26, 2025;

       WHEREAS, a transcript of the allocution was made; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:  New York, New York
           November 10, 2025

                                                                 LORNA G. SCHOFIELD
                                                               UNITED STATES DISTRICT JUDGE