UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -against-

    EDWIN MEDINA-GUARACHE,
                              Defendant.
------------------------------------------------------------X

25 Cr. 80 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that Defendant Edwin Medina-Guarache's sentencing hearing will be held on **February 3, 2026**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's sentencing submission, if any, shall be filed on or before **January 12, 2026**. The Government's pre-sentencing submission, if any, shall be filed by **January 15, 2026.**

Dated: November 10, 2025
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE