UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                          :

UNITED STATES OF AMERICA,          :

                                  :

                                  :                 25 Cr. 80 (LGS)

                  -against-           :

                                  :                   <u>ORDER</u>

EDWIN MEDINA-GUARACHE,        :

                           Defendant.   :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that sentencing currently scheduled for February 3, 2026, is

adjourned to **February 24, 2026, at 11:00 a.m**. due to a conflict in the Court's calendar.

Dated: January 23, 2026
        New York, New York

                                                   **LORNA G. SCHOFIELD**
                                       **UNITED STATES DISTRICT JUDGE**