UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                         :

  UNITED STATES OF AMERICA,          :

                                   :

                                   :           25 Cr. 80 (LGS)

          -against-          :

                                   :            <u>ORDER</u>

  EDWIN MEDINA-GUARACHE,      :

                    Defendant.  :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing hearing currently scheduled for February 24, 2026, is adjourned to **February 23, 2026, at 11:00 a.m.**

Dated: January 27, 2026
       New York, New York

                                       **LORNA G. SCHOFIELD**
                               **UNITED STATES DISTRICT JUDGE**