UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                              :

  UNITED STATES OF AMERICA,           :

                                                :                         25 Cr. 80 (LGS)

               -against-                    :

                                                  :                          <u>ORDER</u>

  EDWIN MEDINA-GUARACHE,         :

                             Defendant.   :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a sentencing hearing is currently scheduled for February 23, 2026, at 11:00

a.m.  It is hereby

       **ORDERED** that, by **noon on February 19, 2026**, the Government shall file its

sentencing submission and include a copy of the *Pimentel* letter provided to Defendant in

advance of his change of plea hearing.  It is further

       **ORDERED** that, by **noon on February 19, 2026**, Defendant shall file a letter stating

whether he consents to the forfeiture of the following items, and if not, explaining the reason(s)

why:

1. a Ruger nine-millimeter semi-automatic pistol,

2. 14 Winchester 7.62 x 39-caliber cartridges and

3. 1 Norma 7.62 x 39-caliber cartridge.

To the extent the parties agree to the items to be forfeited, the parties shall provide the Court with

a signed forfeiture order at or before the sentencing hearing.

Dated: February 18, 2026
        New York, New York

                                          LORNA G. SCHOFIELD
                                 **UNITED STATES DISTRICT JUDGE**