UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                         :

UNITED STATES OF AMERICA,         :

                                 :                25 Cr. 80 (LGS)

         -against-        :

                                 :                <u>SCHEDULING ORDER</u>

EDWIN MEDINA-GUARACHE,      :
                    Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing hearing previously scheduled for February 23, 2026, is adjourned to **March 2, 2026, at 11:00 a.m**.

Dated: February 25, 2026
       New York, New York

                                      **LORNA G. SCHOFIELD**
                                  **UNITED STATES DISTRICT JUDGE**