UNITED STATES DISTRICT COURT
SOUTHERN DISTRI CT OF NEW YORK

----------------------------------------------------------------X

UNITED STATES OF AMERICA,

               -against-

EDWIN MEDINA-GUARACHE,

                      Defendant.

----------------------------------------------------------------X

25 Cr. 80 (LGS)

RELEASE ORDER

LORNA G. SCHOFIELD, District Judge:

     WHEREAS Defendant EDWIN MEDINA-GUARACHE was sentenced on March 2,

2026, to a term of "TIME SERVED." It is hereby **ORDERED** that defendant EDWIN

MEDINA-GUARACHE shall be released from the custody of the United States Marshal Service.

     SO ORDERED.

Dated: March 2, 2026
New York, New York

_____
LORNA G. SCHOFIELD
United States District Judge